

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00295-CV

———————————————

IN RE RUARK MERSHON, Relator

---

Original Proceeding
Trial Court No. 236-267402-13

---

Before Meier, Kerr, and Birdwell, JJ.
Per Curiam

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion for stay of discovery order and is of the opinion that all relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion for stay of discovery order are denied.

Per Curiam

Delivered: September 21, 2018